# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-2730
LT Case No. 2019-CA-924
_____

JEREMY APPLEGATE AND
MAURISA APPLEGATE,

    Appellants,

    v.

PHILLIP L. JOYNER AND SANDRA
T. JOYNER,

    Appellees.

_____

On appeal from the Circuit Court for Citrus County.
Kristie M. Healis, Judge.

Kevin K. Dixon, of Kevin K. Dixon, P.A., Inverness, for
Appellants.

Clifford A. Taylor and Brianne G. Rosa, of the Hogan Law
Firm, LLC, Brooksville, for Appellees.


November 4, 2025


PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____